7jgmthhd (7/14)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Thomas D. Hutchens
*Debtor*

*Bankruptcy Case No.*
14−41833−drd7

**Richardson Hauling, Inc**
  Plaintiff(s)

*Adversary Case No.*
14−04075−drd

v.

**Thomas D. Hutchens**
  Defendant(s)

## JUDGMENT

  This proceeding having come on for trial or hearing before the court, the Honorable Dennis R. Dow , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

***IT IS ORDERED AND ADJUDGED***: The restitution debt resulting from the Criminal Case in the amount of $135,742.38, less any amounts previously paid to the Plaintiff, is non−dischargeable pursuant to §§523(a)(13) and (a)(7);

IT IS FURTHER ORDERED that, of the Judgment Debt resulting from the State Court Case in the amount of $819,000, the amount of $534,076.46 represents a debt for willful and malicious injury to the Plaintiffs property and is non−dischargeable pursuant to §523(a)(6);

IT IS FURTHER ORDERED that, based on a finding that, the evidence establishes that the Debtor conspired with his wife to commit embezzlement, and benefitted from the illegal activity, Shanna Hutchens embezzlement is imputed to the Debtor, and the total amount of the Judgment Debt against her in the amount of $819,000 is non−dischargeable pursuant to §523(a)(4).

Ann Thompson
Court Executive

By: /s/ Beth Graham
  Deputy Clerk



Date of issuance: 1/26/15

Court to serve